NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE LEE WALKER, | ) | No. C 07-4254 JF (PR) |
| Petitioner, | ) ) | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE; GRANTING EXTENSION OF TIME TO FILE IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE WITHIN THIRTY DAYS |
| vs. | ) ) ) | |
| EVANS, Warden | ) ) | |
| Respondent. | ) ) | (Docket No. 3) |

On August 20, 2007, petitioner, proceeding pro se, filed the instant habeas corpus petition pursuant to 28 U.S.C. § 2254. On that same day, the Court sent a notification to Petitioner that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file the completed application within thirty days.

On September 7, 2007, Petitioner filed an incomplete motion for leave to proceed in forma pauperis because he did not include a copy of a certificate of funds signed by an

Order Denying Motion to Proceed in Forma Pauperis Without Prejudice; Granting Extension of Time to File in Forma Pauperis Application or Pay Filing Fee Within Thirty Days
P:\pro-se\sj.jf\hc.07\Walker254ifpext     1

1  authorized prison official and a prisoner trust account statement showing transactions for
2  the preceding six months.  Accordingly, Petitioner's incomplete motion to proceed in
3  forma pauperis (docket no. 3) is DENIED without prejudice.  The Court will grant
4  Petitioner an extension of time to submit the supporting documents listed above.
5      The supporting documentation shall be filed with the Court **within thirty**
6  **days** from the date of this order.  In the alternative, Petitioner may pay the $5.00 filing
7  fee.  Petitioner shall include with his payment a clear indication that it is for this case
8  number, C 07-4254 JF (PR).  Failure to submit the supporting documentation or pay the
9  filing fee within the Court's deadline will result in the Court dismissing the case without
10 prejudice for failure to file a completed in forma pauperis application or pay the filing fee.
11     IT IS SO ORDERED.
12 DATED: 9/27/07
                    JEREMY FOGEL
13                  United States District Judge

Order Denying Motion to Proceed in Forma Pauperis Without Prejudice; Granting Extension of Time to File in
Forma Pauperis Application or Pay Filing Fee Within Thirty Days
P:\pro-se\sj.jf\hc.07\Walker254ifpext    2

1  A copy of this ruling was mailed to the following:

2

3  Eddie Lee Walker
C-24239/ C-8 106
Salinas Valley State Prison
4  P.O. Box 1050
Soledad, CA 93960-1050

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Denying Motion to Proceed in Forma Pauperis Without Prejudice; Granting Extension of Time to File in
Forma Pauperis Application or Pay Filing Fee Within Thirty Days
P:\pro-se\sj.jf\hc.07\Walker254ifpext         3