PC

FILED

2007 OCT 31 P 4:42

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDDIE LEE WALKER,
Plaintiff,

v.

EVANS, Warden
Defendant.

CASE NO. C 07-4254 JF(PR)

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, Eddie Lee Walker, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _x_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: n/a Net: n/a

Employer: ______

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

I have never been employed

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business. Profession or self employment Yes ___ No _x_

b. Income from stocks, bonds, or royalties? Yes ___ No _x_

c. Rent payments? Yes ___ No _x_

d. Pensions, annuities, or life insurance payments? Yes ___ No _x_

e. Federal or State welfare payments, Social Security or other government source? Yes ___ No _x_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_______________________________________________

_______________________________________________

3. Are you married? Yes ___ No _x_

Spouse's Full Name: _______________________________________________

Spouse's Place of Employment: _______________________________________________

Spouse's Monthly Salary, Wages or Income: n/a

Gross $ .00 Net $ .00

4. a. List amount you contribute to your spouse's support:

$ .00

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

n/a

_______________________________________________

5. Do you own or are you buying a home? Yes ___ No _x_

Estimated Market Value: $___________ Amount of Mortgage: $___________

6. Do you own an automobile? Yes ___ No _x_

Make ___________ Year ___________ Model ___________

Is it financed? Yes ___ No ___ If so, Total due: $___________

Monthly Payment: $ ________

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___ No x

Name(s) and address(es) of bank: ________

________

Present balance(s): $ ________

Do you own any cash? Yes ___ No x Amount: $ .00

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ___ No x

________

8. What are your monthly expenses? n/a

Rent: $ ________ Utilities: ________

Food: $ ________ Clothing: ________

Charge Accounts: n/a

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| | $ .00 | $ .00 |
| | $ .00 | $ .00 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

no

________

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

10-15-07
DATE

Ellie Lee Walker
SIGNATURE OF APPLICANT

Case Number: C 07-4254 JF(PR)

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Eddie Lee Walker for the last six months at
[prisoner name]

Salinas Valley State Prison where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $__________ and the average balance in the prisoner's account each month for the most recent 6-month period was $__________.

Dated:__________

____________________
Authorized officer of the institution

Case Number: ____________

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Walker, EDDie C24239 for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020

[prisoner name]

where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 14.83 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 33.87.

Dated: 10/25/07

L. Macias

[Authorized officer of the institution]

REPORT ID: TS3030 .701 REPORT DATE: 10/25/07
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: APR. 01, 2007 THRU OCT. 25, 2007

ACCOUNT NUMBER : C24239 BED/CELL NUMBER: FCB2T1000000121L
ACCOUNT NAME : WALKER, EDDIE LEE ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 04/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 08/01* | D340 | EFT DEPOSIT | 0362 90540 | | 30.00 | | 30.00 |
| 08/02 | D340 | EFT DEPOSIT | 0380 90541 | | 50.00 | | 80.00 |
| 08/13 | W512 | LEGAL POSTAGE | 0496 LPOST | | | 0.75 | 79.25 |
| 08/14 | W536 | COPAY CHARGE | 0504 LPOST | | | 5.00 | 74.25 |
| 08/20 | FC03 | DRAW-FAC 3 | 0555 C2 | | | 74.25 | 0.00 |
| 09/07 | D554 | INMATE PAYROL | 0707 P7/07 | | 8.96 | | 8.96 |
| 09/17* | W536 | COPAY CHARGE | 0821 COPAY | | | 5.00 | 3.96 |
| 09/24 | W536 | COPAY CHARGE | 0887 COPAY | | | 3.96 | 0.00 |
| 10/11 | D300 | CASH DEPOSIT | 1037 6953 | | 40.00 | | 40.00 |
| 10/15 | FC03 | DRAW-FAC 3 | 1065 C2 | | | 40.00 | 0.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 128.96 | 128.96 | 0.00 | 0.00 | 0.00 |




| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |