

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDDIE LEE WALKER,                          )    No. C 07-4254 JF (PR)
                                           )
                    Petitioner,            )    ORDER OF DISMISSAL
                                           )
      vs.                                  )
                                           )
EVANS, et al.,                             )
                                           )    (Docket No. 5)
                    Respondents.           )
_____)

      Petitioner, a state prisoner proceeding <u>pro se</u>, filed a petition for a writ of habeas

corpus pursuant to 28 U.S.C. § 2254.  Petitioner has filed a form petition upon which

petitioner appears to have written a letter to another inmate named "Alabama" about

small amounts of funds in their prison trust accounts.  Attached to this filing are several

pages of footnotes and other text from what appears to be a legal summary of various

habeas corpus procedures.

      A district court may entertain a petition for writ of habeas corpus "in behalf of a

person in custody pursuant to the judgment of a State court only on the ground that he is

in custody in violation of the Constitution or laws or treaties of the United States."  28

U.S.C. § 2254(a); <u>Rose v. Hodges</u>, 423 U.S. 19, 21 (1975).  A district court shall "award

the writ or issue an order directing the respondent to show cause why the writ should not

1  be granted, unless it appears from the application that the applicant or person detained is

2  not entitled thereto."  28 U.S.C. § 2243.  The petition sets forth no claims that his state

3  court conviction or sentence violate any federal law.  Indeed, petitioner has submitted a

4  form petition but has not answered any of the questions on the form; instead, petitioner

5  rather has simply used the form to write what appears to be a letter to another inmate.

6  The attachments to the form petition consist of copies of pages from a legal summary,

7  consisting primarily of unexplained footnotes and a brief amount of text discussing

8  habeas corpus procedures.  Petitioner raises no claims for habeas relief in these

9  attachments, however, nor does he explain how they might relate to his petition.

10 Accordingly, even liberally construed, the petition does not set forth any cognizable claim

11 for federal habeas corpus relief.[1]

## CONCLUSION

13      The petition for writ of habeas corpus is DISMISSED for failure to state a

14 cognizable claim for habeas relief.  Petitioner's motion to proceed in forma pauperis

15 (docket no. 2) is GRANTED.

16      The Clerk shall terminate any pending motions and close the file.

17      IT IS SO ORDERED.

18 DATED:  _2/22/08_____                    _____
                                              JEREMY FOGEL
19                                            United States District Judge

20

21

22

23

24  _____

25      [1]As noted, the letter discusses small amounts of funds in the inmates' trust accounts.  To
    whatever extent petitioner means to raise any claims stemming from the managment of such
26  accounts by prison officials, plaintiff must do so in a civil rights complaint, not in a habeas
    petition.  See Ramirez v. Galaza, 334 F.3d 850, 859 (9th Cir. 2003) (implying that claim, which
27  if successful would "necessarily" or "likely" accelerate the prisoner's release on parole, must be
    brought in a habeas petition); Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991) (civil rights
28  action is proper method of challenging conditions of confinement).

Order of Dismissal
P:\pro-se\sj.jf\hc.07\Walker254dis

1  A copy of this ruling was mailed to the following:

2

3  Eddie Lee Walker.
   C-24239
   Salinas Valley State Prison
4  P.O. Box 1050
   Soledad, CA 93960
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28