NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE LEE WALKER, | ) | No. C 07-4254 JF (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| EVANS, et al., | ) | |
| Respondents. | ) | |

The Court has dismissed the instant for failure to state a cognizable claim for relief. A judgment of dismissal is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 2/22/08

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\hc.07\Walker254jud

1  A copy of this ruling was mailed to the following:

2

3  Eddie Lee Walker.
   C-24239
   Salinas Valley State Prison
4  P.O. Box 1050
   Soledad, CA 93960

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.jf\hc.07\Walker254jud